IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:09cr34 |
| | ) | |
| | ) | JUDGE HAYNES |
| JERALD M. MAYE | ) | |

## ORDER

In accordance with the Memorandum filed herewith, the Defendant's motion to suppress (Docket Entry No. 23) and supplemental motion to suppress (Docket Entry No. 29) are **DENIED**.

It is so **ORDERED**.

**ENTERED** this the _8th_ day of August, 2009.

WILLIAM J. HAYNES, JR.
United States District Judge